McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States Forest Service



FILED
SEP 25 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CONSERVATION CONGRESS, a non-profit organization,

Plaintiff,

v.

UNITED STATES FOREST SERVICE,

Defendant.

CASE NO. 2:18-cv-01694-JAM-DMC

**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE**

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and upon the Court's approval, that the dates set forth in the August 24, 2018 Minute Order [ECF No. 11] be extended as follows:

|  | Current | Proposed |
|---|---|---|
| - Defendant lodge/serve Administrative Record: | Sep. 21, 2018 | Oct. 5, 2018 |
| - Plaintiff's motion for summary judgment: | Oct. 22, 2018 | Nov. 13, 2018 |
| - Defendant's opposition/cross-motion for summary judgment | Nov. 20, 2018 | Dec. 17, 2018 |
| - Plaintiff's reply/ opposition: | Dec. 6, 2018 | Jan. 10, 2019 |
| - Defendant's reply | Dec. 20, 2018 | Jan. 31, 2019 |
| -Cross-Motions Hearing: | Jan. 22, 2019 | Mar. 5, 2019 |

There is good cause to modify the pretrial schedule because Defendant United States Forest Service

needs additional time to lodge and serve the Administrative Record due to staffing limitations, including those resulting from assisting with wildfires in the preceding months.

Respectfully submitted,

Dated: September 21, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Chi Soo Kim
Chi Soo Kim
Assistant United States Attorney
Attorneys for the United States Forest Service

Dated: September 21, 2018

/s/ Andrew F. Mulkey (auth'd 9/21/18)
Andrew F. Mulkey, Esq.
Attorneys for Plaintiff Conservation Congress

## [PROPOSED] ORDER

Finding good cause, the foregoing stipulation between the parties is hereby APPROVED. The deadlines set forth in the August 24, 2018 Minute Order [ECF No. 11] are extended as follows:

| | |
|---|---|
| - Defendant lodge/serve Administrative Record: | Oct. 5, 2018 |
| - Plaintiff's motion for summary judgment: | Nov. 13, 2018 |
| - Defendant's opposition/cross-motion for summary judgment | Dec. 17, 2018 |
| - Plaintiff's reply/ opposition: | Jan. 10, 2019 |
| - Defendant's reply | Jan. 31, 2019 |
| -Cross-Motions Hearing: | To be determined ~~Mar. 5, 2019~~ |

IT IS SO ORDERED.

DATED: September 25, 2018

JOHN A. MENDEZ
United States District Court Judge