| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | CHI SOO KIM<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for United States Forest Service |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | CASE NO. 2:18-cv-01694-JAM-DMC<br><br>**JOINT STIPULATION AND ORDER MODIFYING SCHEDULE** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and upon the Court's approval, that the dates set forth in the September 25, 2018 Order [ECF No. 14] be extended as follows:

| | Current | Proposed |
|---|---|---|
| - Plaintiff's reply/ opposition: | Jan. 10, 2019 | Jan. 31, 2019 |
| - Defendant's reply | Jan. 31, 2019 | Feb. 21, 2019 |
| - Cross-Motions Hearing: | Mar. 19, 2019 | no change |

There is good cause to modify the pretrial schedule because undersigned defense counsel was recently confirmed for a ten-day jury trial beginning on January 7, 2019. The filing of the parties' briefs above will not affect the March 19, 2019 hearing date.

/ / /

/ / /

/ / /

*Conservation Congress v. United States Forest Service*, No. 2:18-cv-01694 JAM-DMC  1
JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE

| | |
|---|---|
| | Respectfully submitted, |
| Dated: November 19, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Chi Soo Kim*<br>Chi Soo Kim<br>Assistant United States Attorney<br>Attorneys for the United States Forest Service |
| Dated: November 19, 2018 | */s/ Andrew F. Mulkey* (auth'd 11/19/18)<br>Andrew F. Mulkey, Esq.<br>Attorneys for Plaintiff Conservation Congress |

## **ORDER**

Finding good cause, the foregoing stipulation between the parties is hereby APPROVED. The deadlines set forth in the September 25, 2018 Order [ECF No. 14] are extended as follows:

- Plaintiff's reply/ opposition:     Jan. 31, 2019

- Defendant's reply     Feb. 21, 2019

IT IS SO ORDERED.

DATED: 11/20/2018     /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge