1  McGREGOR W. SCOTT
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for United States Forest Service

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | CASE NO. 2:18-cv-01694-JAM-DMC<br><br>**JOINT STIPULATION AND ORDER MODIFYING SCHEDULE** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and upon the Court's approval, that the date for Defendant's summary judgment opposition and cross-motion for summary judgment be extended four days from December 17, 2018 to December 21, 2018. The extension will not affect the March 19, 2019 hearing date.

| | Current | Proposed |
|---|---|---|
| - Defendant's opposition/ cross-motion | Dec. 17, 2018 | Dec. 21, 2018 |
| - Plaintiff's reply/ opposition: | Jan. 31, 2019 | no change |
| - Defendant's reply | Feb. 21, 2019 | no change |
| -Cross-Motions Hearing: | Mar. 19, 2019 | no change |

There is good cause to modify the pretrial schedule due to undersigned defense counsel's workload, including pre-trial filings and preparation for a January jury trial.

Respectfully submitted,

Dated: December 7, 2018
McGREGOR W. SCOTT
United States Attorney

*/s/ Chi Soo Kim*
Chi Soo Kim
Assistant United States Attorney
Attorneys for the United States Forest Service

Dated: December 7, 2018

*/s/ Andrew F. Mulkey* (auth'd 12/7/18)
Andrew F. Mulkey, Esq.
Attorneys for Plaintiff Conservation Congress

## **ORDER**

Finding good cause, the foregoing stipulation between the parties is hereby APPROVED. The deadline set forth in the September 25, 2018 Order [ECF No. 14] for Defendant's summary judgment opposition and cross-motion for summary judgment is extended to December 21, 2018.

The other briefing deadlines and the hearing date remain unchanged. *See* Pl. Notice of Motion [ECF No. 25]; Joint Stipulation and Order Modifying Schedule [ECF No. 27].

IT IS SO ORDERED.

DATED: 12/10/2018
/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge