1  McGREGOR W. SCOTT
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Defendant
6  United States Forest Service

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | CASE NO. 2:18-CV-01694 JAM-DMC<br><br>**DEFENDANT'S REQUEST FOR PERMISSION TO DISPENSE WITH THE REQUIREMENT OF FILING A STATEMENT OF UNDISPUTED FACTS AND [PROPOSED] ORDER** |

Defendant United States Forest Service ("USFS") respectfully submits its Request for Permission to Dispense with the Requirement of Filing a Statement of Undisputed Facts as required under Eastern District Local Rule 260(a) because this Court's review of Plaintiff's claims under the Administrative Procedure Act ("APA") is limited to the administrative record. "[R]equests to dispense with the requirement of filing a statement of [undisputed] facts are routinely granted in this District" because "[i]n APA cases, statements [of undisputed facts] are generally redundant because all relevant facts are contained in the agency's administrative record." *San Joaquin River Group. Auth. v. Nat'l Marine Fisheries Serv.*, 819 F. Supp. 2d 1077, 1084 (E.D. Cal. 2011). Accordingly, Defendant requests that the Court permit it to dispense with Local Rule 260(a)'s requirement of filing a Statement of Undisputed Facts when filing its Cross-Motion for Summary Judgment.

/ / /

*Conservation Congress v. United States Forest Service,* No. 2:18-cv-01694 JAM-DMC
DEFENDANT'S REQUEST RE: STATEMENT OF UNDISPUTED FACTS AND [PROPOSED] ORDER

1

|   |   |   |
|---|---|---|
| Dated: December 11, 2018 | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ Chi Soo Kim*<br>CHI SOO KIM<br>Assistant United States Attorney |

**ORDER**

**IT IS SO ORDERED.**

Dated: 12/11/2018     /s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

*Conservation Congress v. United States Forest Service,* No. 2:18-cv-01694 JAM-DMC
DEFENDANT'S REQUEST RE: STATEMENT OF UNDISPUTED FACTS AND [PROPOSED] ORDER     2